**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | : | **Case No. 23-59726-PWB** |
| | : | |
| **RED APPLE INVESTMENTS LLC,** | : | **Chapter 11** |
| | : | |
| Debtor. | : | |
| _____ | : | |

**NOTICE OF HEARING ON MOTION FOR ENTRY OF ORDER APPROVING SALE
OF PROPERTY TO PHILLIP BROOKS OUTSIDE OF THE ORDINARY COURSE OF
BUSINESS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES,
TO MAKE CERTAIN DISBURSEMENTS AT CLOSING, AND FOR RELATED
<u>RELIEF, SUBJECT TO OBJECTION</u>**

PLEASE TAKE NOTICE that Red Apple Investments LLC (the "**Debtor**") filed its *Motion For Entry Of Order Approving Sale Of Property To Phillip Brooks Outside Of The Ordinary Course Of Business, Free And Clear Of All Liens, Claims And Encumbrances, To Make Certain Disbursements At Closing, And For Related Relief* and related papers with the Court on January 5, 2024 [Doc. No. 40] (the "**Motion**").  As set forth in the Motion, the Debtor owns and operates a 94-unit apartment complex known as Tara Woods Apartment located in Clayton County, Georgia and having a local address of 661 Sherwood Drive, Jonesboro, Georgia 30236 (the "**Property**").  The Annual Tax Assessment issued by the Clayton County Board of Tax Assessors for Tax Year 2023 shows the Current Year Fair Market Value of the Property to be $10,229.606.00.

PLEASE TAKE FURTHER NOTICE that on October 3, 2023 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code through the offices of the undersigned.

PLEASE TAKE FURTHER NOTICE that, as stated in the Motion, the Debtor seeks entry of a Court Order authorizing the Debtor to sell the Property to Phillip Brooks and/or assigns (the "**Buyer**") pursuant to the terms of that certain Commercial Purchase And Sale Agreement dated November 1, 2023, as amended, a true and correct copy of which is attached to

the Motion as an exhibit (the "**Sale Agreement**"), free and clear of all liens, claims and encumbrances, with all valid liens, claims and encumbrances to attach to the sales proceeds in the same amount, validity and priority as they may have attached to the Property as of the Petition Date.  The Debtor submits that the following is an accurate summary of the terms of the Sale Agreement although parties in interest are urged to read the Sale Agreement so that they may fully understand its terms.  The gross purchase price for the Property is Nine Million Nine Hundred Thousand Dollars ($9,900,000.00) (the "**Purchase Price**").  Earnest money in the amount of Fifty Thousand Dollars ($50,000.00) (the "**Earnest Money**") has been deposited with Balfour Title Agency, LLC (the "**Escrow Agent**").  Closing is to occur January 23, 2024 (the "**Closing Date**") to be extended via amendment to a date after the hearing date on Court approval of this Motion.  The closing law firm is SRS Title & Associates (the "**Closing Attorneys**").  The **Binding Agreement Date** is November 2, 2023.  There is a **Due Diligence Period** of twenty-one (21) days from the Binding Agreement Date.  The Buyer is obtaining a private loan.  The Buyer shall be responsible for all lender fees outside of the origination fee due to American Mortgage Lenders Co.  The Seller shall pay the 1.38% origination fee to American Mortgage Lenders Co.  The Property is in need of repair.  The Buyer has obtained a written estimate of $4,903,968.00 required to perform the needed repair and restoration work.  The Seller shall contribute $800,000.00 (the "**Seller Repair Contribution**") at Closing as a contribution towards the required repair and restoration costs.

PLEASE TAKE FURTHER NOTICE that, from the sale proceeds at Closing, the Debtor requests authorization to pay as follows: a) All usual and customary closing costs and prorations at Closing as reflected in the Sale Agreement; b) Mortgage payoff to Forbix Capital Corp. ("**Forbix**") in the asserted amount of approximately $7,200,000.00[1]  with the exact amount of the payment to be verified by appropriate payoff letter provided by Forbix; c) $226,800.00 to Kreo Building Solutions, LLC in connection with the Writ of Fi Fa filed October 2, 2023 in the Clayton County public records that it holds; d) Ad valorem property taxes due to the Clayton County Tax Commissioner; e)  Real estate commission in the amount of 4.6%

---

1 It is not currently clear how Forbix calculates its asserted payoff amount.

($455,400.00) to real estate broker EXP Realty, LLC/Prince Carter[2];  f)  1.38% ($136,620.00) loan origination fee to American Mortgage Lenders Co./Yashica Berry, and g) the $800,000.00 Seller Repair Contribution.

The remaining net sales proceeds shall be escrowed with the real estate closing law firm of McCain Cigelske Law Firm, Tyler C. McCain Esq., 6190 Powers Ferry Road, Suite 190, Atlanta, GA 30339[3].  Notwithstanding anything contained herein to the contrary, to the extent that any of the payment amounts referenced hereinabove, then they shall not be paid at Closing and payment of the same shall be subject to further Court Order.

PLEASE TAKE FURTHER NOTICE that the Sale Agreement is subject to Bankruptcy Court approval.  Pursuant to Second Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within **twenty-one (21) days from the date of service of this notice.  If you object to the relief requested in the Application, you must timely file your objection with the Bankruptcy Clerk at Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303 and serve a copy on the Debtor's attorney Paul Reece Marr, Esq., Paul Reece Marr, P.C., 6075 Barfield Road, Suite 213, Sandy Springs, GA 30328 and any other appropriate persons by the objection deadline.**  The response or objection must explain your position and be actually received by the Bankruptcy Clerk with the required time.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Application at 10:00 A.M. on January 30, 2024 in Courtroom 1401, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room.  You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found

---

2 A separate Application has or will be filed with the Court seeking entry of a Court Order approving the Commercial Exclusive Seller Brokerage Engagement Agreement dated November 17, 2023 by and between the Debtor and EXP Realty, LLC/Prince Carter

3 A separate Application has or will be filed with the Court seeking entry of a Court Order approving the Escrow Agreement dated January __, 2024 by and between the Debtor and McCain Cigelske Law Firm.

on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing.  You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This 5th day of January, 2024.

PAUL REECE MARR, P.C.
Counsel for the Debtor

/s/ Paul Reece Marr
Georgia Bar No. 471230
6075 Barfield Road
Suite 213
Sandy Springs, GA 30328
Telephone: 770-984-2255
Email: paul.marr@marrlegal.com