**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                         )        CASE NO. 23-59726-PWB
                                               )
RED APPLE INVESTMENTS LLC,                     )        CHAPTER 11
                                               )
         Debtor.                               )

**LIMITED OBJECTION TO MOTION FOR ENTRY OF ORDER APPROVING**
**SALE OF PROPERTY TO PHILLIP BROOKS OUTSIDE OF THE ORDINARY**
**COURSE OF BUSINESS, FREE AND CLEAR OF ALL LIENS, CLAIMS**
**AND ENCUMBRANCES, TO MAKE CERTAIN DISBURSEMENTS**
**AT CLOSING, AND FOR RELATED RELIEF**

**COMES NOW** Kreo Building Solutions, LLC ("KREO") and files this Limited Objection to

Debtor's Motion for Entry of Order Approving Sale of Property to Phillip Brooks Outside of the

Ordinary Course of Business, Free and Clear of All Liens, Claims and Encumbrances, to Make

Certain Disbursements at Closing, and for Related Relief (the "Motion") (Docket No. 40) and states

as follows:

1.      KREO holds a lien on all the Debtor's real and personal property including, but not limited to

that certain real property located at 661 Sherwood Drive, Jonesboro, Georgia 30236 (the "Property"),

perfected by a recorded Fieri Facias.

2.      KREO filed its Claim No. 26 in the amount of $226,800.00, and the claim is secured by the

Debtor's real and personal property including the Property.

3.      KREO does not oppose the sale of the Property.

4.      However, KREO seeks assurances that the full payoff will be tendered before it is required to

release its lien.

5.      KREO seeks assurances that the Motion will not be interpreted to fix, limit, or alter the full

payoff owed to KREO.

6..     KREO seeks assurances that its claim will be paid in full including post-petition interest and

reasonable attorneys' fees pursuant to 11 U.S.C. § 506(b).

        **WHEREFORE**, KREO prays that: the Court inquire into this Limited Objection and grant

such relief as it deems just and appropriate.

        RESPECTFULLY SUBMITTED this 8th day of January, 2024.

                                                    */s/ Michael B. Pugh*
                                                    **MICHAEL B. PUGH**
                                                    Georgia State Bar No. 150170

THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092
(770) 925-0111
mpugh@tokn.com
Attorneys for Kreo Building Solutions, LLC

## <u>CERTIFICATE OF SERVICE</u>

        This is to certify that I have on this day electronically filed the foregoing *Limited Objection to Debtor's Motion for Entry of Order Approving Sale of Property to Phillip Brooks Outside of the Ordinary Course of Business, Free and Clear of All Liens, Claims and Encumbrances, to Make Certain Disbursements at Closing, and for Related Relief* using the Bankruptcy Court's ECF program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's ECF program:  Debtor's attorney, Paul Reece Marr, and the attorney for the United States Trustee, Thomas Dworschak.

        I further certify that on this day I caused a copy of this document to be served via U.S. First Class Mail, with adequate postage prepaid on the parties set forth below:

        Red Apple Investments
        661 Sherwood Drive E7
        Jonesboro, GA 30236

        This 8th day of January, 2024.

                                                    */s/ Michael B. Pugh*
                                                    **MICHAEL B. PUGH**
                                                    Georgia State Bar No. 150170