UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| In re: | ) | Case No. 23-59726-PWB |
|---|---|---|
| RED APPLE INVESTMENTS, LLC, | ) | Chapter 11 |
| Debtor. | ) | |

### NOTICE OF OBJECTION TO REQUESTED RELIEF

Creditor CLAYTON COUNTY WATER AUTHORITY, by and through the undersigned attorney, object to the requested relief filed in this case by RED APPLE INVESTMENTS LLC and in states:

1. This case was commenced by RED APPLE'S filing of a bankruptcy petition on October 3, 2023.

2. CLAYTON COUNTY WATER AUTHORITY (hereinafter "Creditor") was listed as unsecured debtor in the amount of $29,000.00 in Debtor's voluntary petition for Chapter 11 bankruptcy.

3. Although Creditor was specifically listed in Debtor's filing, Creditor electronically filed a notice of claim on January 25, 2024 which included supporting documentation. Additionally, counsel for Creditor appeared at the creditor's meeting held on November 8, 2023.

4. This objection to Debtor's relief requested in the Application is for unpaid water and sewer bills. Creditor was not listed in Debtor's requested relief.

WHEREFORE, Creditor respectfully requests that the Court: (1) not grant the Debtor(s) requested relief; (2) Disallow the relief until Creditor's debt is added; and (3) Grant any other such relief as the Court determines just and proper, including attorneys' fees for bringing this objection.

Respectfully submitted, this 26th day of January, 2024.

/s/ L' Erin Barnes Wiggins
L'ERIN BARNES WIGGINS
Georgia Bar No. 141797
Counsel for Clayton County Water Authority

P.O. Box 250464
Atlanta, GA 30325
404-680-6498 (office)
404-393-5763 (facsimile)

### PROOF OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on January 25, 2024 to:

**Bankruptcy Clerk of Court**
**United States Bankruptcy Court**
**75 Ted Turner Drive**
**Suite 1340**
**Atlanta, GA 30303**

**Paul Reece Marr, Esq.**
**Paul Reece Marr, PC**
**6075 Barfield Road**

2

Suite 213
Sandy Springs, GA 30328

/s/ L'Erin Barnes Wiggins
L'ERIN BARNES WIGGINS
Georgia Bar No. 141797
Counsel for Clayton County Water Authority