**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | : |
| | : Case No. 23-59726-PWB |
| RED APPLE INVESTMENTS LLC, | : |
| | : Chapter 11 |
| Debtor. | : |
| | : |

**NOTICE REGARDING**
**MOTION OF PAUL REECE MARR, P.C. TO WITHDRAW AS DEBTOR'S COUNSEL**

**TO: Jouval Zive a/k/a Youval Ziv**

Please take notice Paul Reece Marr, P.C. filed its *MOTION TO WITHDRAW AS DEBTOR'S COUNSEL* and related papers on June 24, 2024. Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully. You may want to consult an attorney. **If you do not want the court to grant the relief sought in the *MOTION OF PAUL REECE MARR, P.C. TO WITHDRAW AS DEBTOR'S COUNSEL* or if you want the court to consider your views, then you must file a written response or objection with the Clerk of U.S. Bankruptcy Court at the address stated below within fourteen (14) days of the date of service of this Notice.** If you file a written response or objection, you must attach a certificate stating when, how, and on whom (including addresses) you served the response or objection. The address of the Clerk's office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. You must also serve a copy of your objection to the undersigned via regular U.S. mail at the address stated below.

Dated: June 24, 2024

Prepared and submitted by,
PAUL REECE MARR, P.C.
Debtor's attorney of record
/s/ Paul Reece Marr
Paul Reece Marr (GA Bar # 471230)
6075 Barfield Road; Suite 213
Sandy Springs, GA 30328
telephone: 770-984-2255
email: paul.marr@marrlegal.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In re:** : | **Case No. 23-59726-PWB** |
| : | |
| **RED APPLE INVESTMENTS LLC,** : | **Chapter 11** |
| : | |
| **Debtor.** : | |
| : | |

### MOTION OF PAUL REECE MARR, P.C. TO WITHDRAW AS DEBTOR'S COUNSEL

COMES NOW Paul Reece Marr, P.C., counsel of record for Red Apple Investments LLC (the "**Debtor**") in the above-styled bankruptcy case, and hereby files this *Motion to Withdraw as Debtor's Counsel* (the "**Motion to Withdraw**"), showing this Honorable Court as follows:

1.  On October 3, 2023 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code through the offices of Paul Reece Marr, P.C. (the "**Law Firm**"). In accordance with 11 U.S.C. §§ 1107(a) and 1108 of the Bankruptcy Code, the Debtor is managing its affairs as a debtor in possession. The Debtor, through the Law Firm's office, filed an Application on October 13, 2023 [Doc. No. 11] requesting authorization to employ the Law Firm as its bankruptcy attorneys. The Court entered an Order on November 15, 2023 [Doc. No. 29] approving the Application and authorizing the Debtor to employ the Law Firm as its bankruptcy attorneys on the terms specified in the Application. A Committee of Creditors Holding Unsecured Claims was appointed on March 20, 2024 [Doc. No. 86].

3.  The Law Firm requests that the Court authorize it to withdraw as the Debtor's counsel of record.

4.  The undersigned hereby certifies that he has given the Debtor fourteen (14) days prior written notice via regular U.S. mail and via electronic transmission of the Law Firm's intention to request permission to withdraw in accordance with the provisions of BLR 9010-

2

5(b)(1). Attached hereto as **Exhibit "A"** is a true and correct copy of said written notice. The notice meets the notification requirements of the Local Rules. The Debtor has notified the Law Firm that it objects to the Law Firm withdrawing as counsel.

5. The last known address, telephone number, and email address of the Debtor is as follows:

| | |
|---|---|
| Red Apple Investments LLC<br>Jouval Zive a/k/a Youval Ziv<br>661 Sherwood Dr E7<br>Jonesboro, GA 30236<br>Telephone: 310-600-6799<br>Email: ziv@pacificholdingsgroup.com | Red Apple Investments LLC<br>Jouval Zive a/k/a Youval Ziv<br>1012 Marquez Pl Ste 106-B<br>Santa Fe, NM 87505<br>Telephone: 310-600-6799<br>Email: ziv@pacificholdingsgroup.com |

WHEREFORE, the Debtor prays that the Court grant this Motion, enter an Order authorizing the undersigned and the Law Firm to withdraw as Debtor's counsel of record, and grant such other and further relief as is just and proper.

Dated: June 24, 2024

Prepared and submitted by,
PAUL REECE MARR, P.C.
Debtor's attorney of record

/s/ Paul Reece Marr
Paul Reece Marr
Georgia Bar No. 471230
6075 Barfield Road
Suite 213
Sandy Springs, GA 30328
telephone: 770-984-2255
email: paul.marr@marrlegal.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **In re:** | **Case No. 23-59726-PWB** |
| **RED APPLE INVESTMENTS LLC,** | **Chapter 11** |
| Debtor. | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *MOTION OF PAUL REECE MARR, P.C. TO WITHDRAW AS DEBTOR'S COUNSEL* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case filing program:

Elizabeth Ann Childers on behalf of Creditors Star Group Holdings, LLC and Z&Z Flooring and Supplies LLC
echilders@rlkglaw.com,
swenger@rlkglaw.com;wgeer@rlkglaw.com;6717577420@filings.docketbird.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;jdowardclay@rlkglaw.com

Craig A. Cooper on behalf of Creditor Delta Carpet & Decor, LLC
ccooper@kecklegal.com

Thomas Dworschak on behalf of U.S. Trustee Office of the United States Trustee
thomas.w.dworschak@usdoj.gov

Thomas Dworschak on behalf of U.S. Trustee Mary Ida Townson, United States Trustee
thomas.w.dworschak@usdoj.gov

Brian S. Goldberg on behalf of Creditor Clayton County, Georgia
Brian.Goldberg@fmglaw.com,
channing.jackson@fmglaw.com

James W. Hays on behalf of Creditor Forbix Capital Corp.
beau@hayspotter.com

Alan Hinderleider on behalf of U.S. Trustee Office of the United States Trustee
Alan.Hinderleider@usdoj.gov

Benjamin R Keck on behalf of Creditors Delta Carpet & Decor, LLC and Rhino Environmental, LLC
bkeck@kecklegal.com,
2411851420@filings.docketbird.com,9222034420@filings.docketbird.com

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

4

Michael Brian Pugh on behalf of Creditor
Kreo Building Solutions, LLC
mpugh@tokn.com, drobison@tokn.com

Howard D. Rothbloom on behalf of Creditor
Yaniv Yair
howard@rothbloom.com,
silvia@rothbloom.com;5487@notices.nextchapterbk.com

Eldridge Suggs, IV on behalf of Creditor
Cazandra Brown
esuggs@suggslaw.com

L'Erin Barnes Wiggins on behalf of Creditor
Clayton County Water Authority
lerin@lfbarneslaw.com

  I further certify that on this day I caused a copy of this document to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon, and via email transmission, to the Debtor at the following addresses:

Red Apple Investments LLC
Jouval Zive a/k/a Youval Ziv
661 Sherwood Dr E7
Jonesboro, GA 30236
Telephone: 310-600-6799
Email: ziv@pacificholdingsgroup.com

Red Apple Investments LLC
Jouval Zive a/k/a Youval Ziv
1012 Marquez Pl Ste 106-B
Santa Fe, NM 87505
Telephone: 310-600-6799
Email: ziv@pacificholdingsgroup.com

  I further certify that on this day I caused a copy of this document to be served via electronic transmission upon the following members of the Committee of Creditors Holding Unsecured Claims at the following addresses:

Yaniv Yair
Modiin, Israel
yaniv.yair@gmail.com

Yuval Baruch
Natanya, Israel
nkb1965@gmail.com

Shmuel Snir
Nitzanei Oz, 4283600 Israel
snir.samuel@orbit-cs.com

  This the 24th day of June, 2024.

/s/ Paul Reece Marr
Paul Reece Marr
GA Bar No. 471230

Paul Reece Marr, P.C.
6075 Barfield Road; Suite 213
Sandy Springs, GA 30328
telephone: 770-984-2255
paul.marr@marrlegal.com

**EXHIBIT "A" FOLLOWS**

**PAUL REECE MARR, P.C.**
Attorneys at Law
6075 Barfield Road
Suite 213
Sandy Springs, GA 30328

www.marrlegal.com                770-984-2255 phone                paul.marr@marrlegal.com

---

June 7, 2024

Red Apple Investments LLC
Jouval Zive a/k/a Youval Ziv
661 Sherwood Dr E7
Jonesboro, GA 30236

Red Apple Investments LLC
Jouval Zive a/k/a Youval Ziv
1012 Marquez Pl Ste 106-B
Santa Fe, NM 87505

Red Apple Investments LLC
Jouval Zive a/k/a Youval Ziv
8484 Wilshire Blvd #870
Beverly Hills, CA 90211

Re: INTENT TO WITHDRAW AS ATTORNEY

Red Apple Investments LLC (the "Debtor"); bankruptcy case # 23-59726-PWB; Northern District of Georgia, Atlanta Division

Dear Youval:

This letter serves as notice that this law firm intends to formally withdraw as counsel of record for the Debtor in the above referenced matter.

The address and telephone number of the Bankruptcy Clerk is Room 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, (404) 215-1000.

The names, addresses, and telephone numbers of opposing counsel are set forth in the list attached hereto as Exhibit "A".

I intend to file a Motion to withdraw. Please be advised that the United States Bankruptcy Court still retains jurisdiction in this bankruptcy case. If the Court permits my withdrawal, then:

(1) You will have the obligation to promptly file with the Bankruptcy Court, and mail to all adverse parties or their counsel, a written statement showing (A) the names of the parties and the number of each case, adversary proceeding, or contested matter in which the Debtor is a party and (B) the Debtor's current name, telephone number, mailing address, and e-mail address.

Jouval Zive a/k/a Youval Ziv
June 7, 2024
Page 2

The statement must be amended promptly if the Debtor's name, telephone number, mailing address, or e-mail address changes;

  (2) You will have the obligation to respond to any discovery or motions, to take other actions as are appropriate or required, and to prepare for any trial or hearing that may be scheduled in any matter, or to hire other counsel to do so;

  (3) Your failure or refusal to meet these obligations may result in adverse consequences;

  (4) Service of notices, pleadings, and other papers may be made upon you at the Debtor's last known address; and

  (5) The Debtor is a corporation or other artificial entity. As such, the Debtor may only be represented in the Bankruptcy Court by an attorney, an attorney must sign all pleadings submitted to the Bankruptcy Court, an officer may not represent the Debtor in the Bankruptcy Court unless that officer is also an attorney, and failure to comply with this rule could result in adverse consequences to the Debtor.

  The dates of any hearings or trials that have been scheduled and any applicable deadlines (such as deadlines for responding to discovery or motions or for filing pleadings, motions, or other papers), and that the holding of such hearings or trials and any deadlines will not be affected by the withdrawal of counsel

  You have fourteen (14) days from the date of this letter to contact me in writing stating any objections to my withdrawal.

           Sincerely,

           *Paul Marr*

           Paul Reece Marr

kep/PRM
cc: ziv@pacificholdingsgroup.com
  michelle@pacificholdingsgroup.com

**EXHIBIT "A" FOLLOWS**

**23-59726-pwb** Red Apple Investments LLC
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Paul W. Bonapfel
**Date filed:** 10/03/2023 **Date of last filing:** 05/29/2024

# Attorneys

**Elizabeth Ann Childers**
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350
2987 Clairmont Rd.
Atlanta, GA 30329
404-990-3290
404-704-0246 (fax)
echilders@rlkglaw.com
*Assigned: 01/10/2024*

representing **Star Group Holdings, LLC**
*(Creditor)*

**Z&Z Flooring and Supplies LLC**
*(Creditor)*

**Craig A. Cooper**
Keck Legal, LLC
Suite 104-252
2566 Shallowford Road
Atlanta, GA 30345
470-805-2532
*Assigned: 01/29/2024*

representing **Delta Carpet & Decor, LLC**
*(Creditor)*

**Thomas Dworschak**
Office of the United States Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4439
*Assigned: 10/04/2023*

*Assigned: 02/07/2024*

representing **Mary Ida Townson, United States Trustee**
Office of the United States Trustee
Richard B Russell Building
75 Ted Turner Drive, S.W., Suite 362
Atlanta, GA 30303
*(U.S. Trustee)*

representing **Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331-4437
ustpregion21.at.ecf@usdoj.gov
*(U.S. Trustee)*

**Brian S. Goldberg**
Freeman Mathis & Gary LLP
Suite 1600
100 Galleria Parkway
Atlanta, GA 30339-5948
(678) 996-9140
Brian.Goldberg@fmglaw.com
*Assigned: 01/23/2024*

representing **Clayton County, Georgia**
*(Creditor)*

| | | |
|---|---|---|
| **James W. Hays**<br>Hays & Potter, LLP<br>Suite 300<br>3945 Holcomb Bridge Rd.<br>Peachtree Corners, GA 30092<br>770-934-8858<br>770-934-8932 (fax)<br>beau@hayspotter.com<br>*Assigned: 10/03/2023* | representing | **Forbix Capital Corp.**<br>*(Creditor)* |
| **Alan Hinderleider**<br>Office of the United States Trustee<br>362 Richard B Russell Federal Building<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303<br>404-331-4464<br>Alan.Hinderleider@usdoj.gov<br>*Assigned: 02/14/2024* | representing | **Office of the United States Trustee**<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>(404) 331-4437<br>ustpregion21.at.ecf@usdoj.gov<br>*(U.S. Trustee)* |
| **Benjamin R Keck**<br>Keck Legal, LLC<br>Druid Chase - Suite 115<br>2801 Buford Highway NE<br>Atlanta, GA 30329<br>470-826-6020<br>bkeck@kecklegal.com<br>*Assigned: 12/06/2023* | representing | **Delta Carpet & Decor, LLC**<br>*(Creditor)*<br><br>**Rhino Environmental, LLC**<br>*(Creditor)* |
| **Paul Reece Marr**<br>Paul Reece Marr, PC<br>6075 Barfield Rd., Ste 213<br>Sandy Springs, GA 30328<br>770-984-2255<br>paul.marr@marrlegal.com<br>*Assigned: 10/03/2023* | representing | **Red Apple Investments LLC**<br>661 Sherwood Dr E7<br>Jonesboro, GA 30236<br>*(Debtor)* |
| **Michael Brian Pugh**<br>Thompson, O'Brien, Kappler & Nasuti, P.C.<br>Suite 400<br>2 Sun Court<br>Peachtree Corners, GA 30092<br>770-925-0111<br>mpugh@tokn.com<br>*Assigned: 10/31/2023* | representing | **Kreo Building Solutions, LLC**<br>*(Creditor)* |
| **Howard D. Rothbloom**<br>The Rothbloom Law Firm<br>Suite 400<br>309 E. Paces Ferry Road<br>Atlanta, GA 30305<br>(770) 792-3636<br>howard@rothbloom.com<br>*Assigned: 03/13/2024* | representing | **Yaniv Yair**<br>*(Creditor)* |

**Eldridge Suggs, IV**
Suggs Law Firm P.C.
Suite 710
3500 Lenox Road
Atlanta, GA 30326
404-683-2491
esuggs@suggslaw.com
*Assigned: 02/29/2024*

representing **Cazandra Brown**
*(Creditor)*

**L'Erin Barnes Wiggins**
L F Barnes Law LLC
PO Box 250464
Atlanta, GA 30325
404-680-6498
404-393-5763 (fax)
lerin@lfbarneslaw.com
*Assigned: 01/26/2024*
*LEAD ATTORNEY*

representing **Clayton County Water Authority**
*(Creditor)*

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/07/2024 09:31:07 | | | |
| **PACER Login:** | 1Reecemarr | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 23-59726-pwb |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |